No. D–746.   IN RE DISBARMENT OF LINDQUIST.   Disbarment entered.   [For earlier order herein, see 488 U. S. 963.]

No. D–748.   IN RE DISBARMENT OF JURON.   Disbarment entered.   [For earlier order herein, see 488 U. S. 1000.]

No. D–753.   IN RE DISBARMENT OF REAVES.   Disbarment entered.   [For earlier order herein, see 488 U. S. 1026.]

No. D–754.   IN RE DISBARMENT OF HARTMAN.   Disbarment entered.   [For earlier order herein, see 488 U. S. 1026.]

No. D–756.   IN RE DISBARMENT OF MCCLURKIN.   Disbarment entered.   [For earlier order herein, see 488 U. S. 1026.]

No. D–758.   IN RE DISBARMENT OF SILVERMAN.   Disbarment entered.   [For earlier order herein, see 488 U. S. 1027.]

No. D–759.   IN RE DISBARMENT OF HARTMANN.   Disbarment entered.   [For earlier order herein, see 488 U. S. 1027.]

No. D–764.   IN RE DISBARMENT OF SMITH.   Disbarment entered.   [For earlier order herein, see 488 U. S. 1039.]

No. 88–6494.   WRENN v. BENSON ET AL.   C. A. 6th Cir.;

No. 88–6497.   WRENN v. DEPARTMENT OF MENTAL HEALTH OF OHIO.   C. A. 6th Cir.; and

No. 88–6533.   FERMIN v. COMMODITY FUTURES TRADING COMMISSION ET AL.   C. A. D. C. Cir.   Motions of petitioners for leave to proceed *in forma pauperis* denied.   Petitioners are allowed until April 17, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.

No. 88–6537.   IN RE HOLMES.   Petition for writ of prohibition denied.

No. 88–926.   NORTH DAKOTA ET AL. v. UNITED STATES.   Appeal from C. A. 8th Cir.   Probable jurisdiction noted.